



**MINUTE ENTRY**
**SHUSHAN, M.J.**
**February 14, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VASHON HOLLOWAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0172** |
| **SHERIFF CHARLES C. FOTI, ET AL** | **SEC. "C" (1)** |

### ORDER

Plaintiff, Vashon Holloway, is a prisoner currently incarcerated in the Allen Correctional Center, Kinder, Louisiana. He filed this *pro se* and *in forma pauperis* complaint seeking damages pursuant to 42 U.S.C. § 1983 against Sheriff Charles C. Foti, Jr., Alonzo Butler, and the Louisiana Department of Public Safety and Corrections (DOC). Holloway claims that while he was incarcerated in the Orleans Parish Prison (OPP), he was sexually assaulted by OPP Sheriff's Deputy Alonzo Butler. In a letter attached to his complaint, plaintiff states that he is not currently represented by counsel. After evaluating the factors set forth in Norton v. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997), this Court *sua sponte* appoints counsel to represent plaintiff in the above-captioned lawsuit. See Bienvenu v. Beauregard Parish Police Jury, 705 F.2d 1457, 1461 n.2 (5th Cir. 1983); 28 U.S.C. § 1915(e)(1) (West 1999). Accordingly,

DATE OF ENTRY FEB 15 2000

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc.No.____

**IT IS ORDERED** that Charles Williams and the Tulane Law Clinic, 6329 Freret Street, New Orleans, Louisiana, 70118, are appointed to represent plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court is to send a copy of this order to Charles Williams and, at his request, arrange for plaintiff's counsel to make a copy of the record in this case at no cost.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE