FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 14 P 12: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| VASHON HOLLOWAY | : | CIVIL ACTION |
| VS. | : | NO. 00-172 C(1) |
| SHERIFF CHARLES C. FOTI, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS ALONZO BUTLER | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL

NOW INTO COURT, comes the defendant, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS ("DPS&C"), and suggests to this Court that Ms. Michéal L. Penn, Assistant Attorney General has been assigned to the defense in the captioned matter.

WHEREFORE, mover prays that the name of (Ms.) Michéal L. Penn, Assistant Attorney General be enrolled as counsel of record herein on behalf of the defendant, Department of Public Safety and Corrections.

Respectfully submitted:

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _Micheal L. Penn_
(MS.) MICHÉAL L. PENN (#20321)
ASSISTANT ATTORNEY GENERAL

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
601 Poydras Street, Suite 1725
New Orleans, LA 70130
Phone No.   504-599-1200
Fax No.      504-599-1212

DATE OF ENTRY
MAR 1 6 2000

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

***************************

| | | |
|---|---|---|
| VASHON HOLLOWAY | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 00-172 C(1) |
| | : | |
| SHERIFF CHARLES C. FOTI, | : | |
| DEPARTMENT OF PUBLIC | : | |
| SAFETY AND CORRECTIONS | : | |
| ALONZO BUTLER | : | |

***************************

## ORDER

Having considered the foregoing Motion to Enroll,

**IT IS ORDERED** (Ms.) Michéal L. Penn, Assistant Attorney General is enrolled as counsel of record to represent the defendant State of Louisiana Department of Public Safety and Corrections.

**SO ORDERED** at New Orleans, Louisiana, on this 15 day of March 2000.

_____
HON. SALLY SHUSHAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA – NEW ORLEANS