FILED
U.S. DISTRICT COURT
2000 MAR 15 A 10: 36
LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VASHON HOLLOWAY | CIVIL ACTION |
| VERSUS | NO. 00-0172 |
| SHERIFF CHARLES C. FOTI, ET AL | SEC. "C" (1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE** as to the State of Louisiana through the Louisiana Department of Public Safety and Corrections.

New Orleans, Louisiana, this 15 day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 1 6 2000