```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2000 MAR 24  A 8: 45

              LORETTA G. WHYTE
                    CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
MARCH 24, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VASHON HOLLOWAY | CIVIL ACTION |
| VERSUS | NO. 00-0172 |
| SHERIFF CHARLES C. FOTI, ET AL. | SECTION "C" ( 1 ) |

IT IS ORDERED that a preliminary conference is **SCHEDULED** by telephone on **Wednesday, April 12, 2000 at 2:00 p.m.** before Magistrate Judge Sally Shushan. The purpose of this conference is to examine the basis of plaintiff's claims and to select pre-trial and trial dates, if appropriate. The parties are to contact the undersigned magistrate judge's chambers at (504) 589-7620 to provide a telephone number where they can be contacted.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
MAR 2 4 2000