

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**April 12, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VASHON HOLLOWAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0172** |
| **SHERIFF CHARLES C. FOTI, ET AL** | **SEC. "C" (1)** |

### ORDER

Before the Court is a motion to dismiss plaintiff's complaint for failure to state a claim filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure by the Louisiana Department of Public Safety and Corrections (DOC).[1] On February 15, 2000, this Court recommended that plaintiff's claims against the DOC be dismissed since the DOC is entitled to Eleventh Amendment immunity.[2] On March 15, 2000, the district judge adopted this Court's Report and Recommendation and ordered that the DOC be dismissed as a party to the above-captioned lawsuit.[3] Accordingly,

---

[1] Rec. Doc. No. 8.

[2] Rec. Doc. No. 4.

[3] Rec. Doc. No. 10.

DATE OF ENTRY
APR 1 3 2000



**IT IS ORDERED** that the motion to dismiss plaintiff's complaint for failure to state a claim filed by the Louisiana Department of Public Safety and Corrections is **DENIED AS MOOT**.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE