FILED
U.S. DISTRICT COURT

2000 APR 13 P 4: 15

LORETTA G. WHYTE

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**April 12, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VASHON HOLLOWAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0172** |
| **SHERIFF CHARLES C. FOTI, ET AL** | **SEC. "C" (1)** |

### ORDER

A telephone status conference was held on this date in the above-captioned lawsuit. Participating in this conference were Jane Johnson, Esq., Charles Williams, Esq., and a student attorney, representing plaintiff, and John Quaglino, Esq., representing defendants.

Plaintiff's counsel informed this Court that they would be filing an amended complaint within two weeks and that they would insure that all parties were served with copies of the original complaint and the amended complaint.[1] Plaintiff's counsel further informed this Court that they did not know whether their client desired a jury trial or whether their client would consent to proceed before the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c). Plaintiff's counsel further

---

[1] As of this date, defendant Alonzo Butler has not been served with summons or a copy of plaintiff's complaint. See Rec. Doc. No. 6.

DATE OF ENTRY
APR 1 4 2000

Fee_____
Process____
X/Dktd_____
__CtRmDep__
Doc.No.__14__

stated that they would be speaking to their client and would inform the Court as to whether he agreed to consent to proceed before the undersigned magistrate judge within ten days.

A two-day trial before the undersigned magistrate judge is scheduled for Monday, February 5, 2001, at 9:00 a.m. A pre-trial conference is scheduled for Wednesday, January 17, 2001 at 9:30 a.m.

```
                              _____
                                      SALLY SHUSHAN
                              UNITED STATES MAGISTRATE JUDGE
```

2