UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**VASHON HOLLOWAY**  CIVIL ACTION
    Plaintiff

VERSUS  NO. 00-0172

**SHERIFF CHARLES C. FOTI, ET AL.**  SEC. "C" (1)
    Defendant

---

### MOTION FOR LEAVE TO AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vashon Holloway, who moves this Court for leave to amend his original complaint pursuant to Federal Rule of Civil Procedure 15(a) for the following reasons:

1.

Undersigned counsel was appointed to represent plaintiff after the initial *pro se complaint* was filed. Counsel has determined that the *pro se* complaint should be amended in order to meet both substantive and procedural pleading requirements, and to meet counsel's ethical duty of vigorous advocacy on behalf of plaintiff.

2.

In addition, plaintiff's *pro se* complaint failed to include all proper defendants.

3.

The proposed First Amended Complaint will cause no delay in the prosecution of this action.

DATE OF ENTRY
MAY 1 5 2000

4.

Pursuant to ULR 2:06E, undersigned counsel certifies that counsel for defendant has consented to the filing and granting of this motion. This motion therefore need not be noticed for hearing.

5.

The proposed First Amended Complaint is attached and incorporated herein.

WHEREFORE, plaintiff prays that he be given leave to file the First Amended Complaint, attached.

Respectfully, submitted,

*[signature]*
JANE JOHNSON, (#7300)
CHARLES D. WILLIAMS, (#20636)
Supervising Attorney
Tulane Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
(504) 865-5153

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties to this proceeding by mailing same to each by first class United States mail, properly addressed and postage prepaid on this 12th day of May, 2000.

*[signature]*
JANE JOHNSON

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VASHON HOLLOWAY<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 00-0172 |
| SHERIFF CHARLES C. FOTI, ET AL.<br>    Defendant | SEC. "C" (1) |

## ORDER

Considering the above and foregoing Motion for Leave to Amend Complaint, **IT IS ORDERED** that leave is granted to plaintiff, Vashon Holloway, to amend his pro se complaint in the particulars set out in the foregoing motion, and the complaint stands amended accordingly.

New Orleans, Louisiana, this __15__ day of __May_____, 2000.

_____
UNITED STATES MAGISTRATE JUDGE