

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VASHON HOLLOWAY | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0172 |
| SHERIFF CHARLES C. FOTI, ET AL | * | SECTION: "C" (1) |

\* \* \* \* \* \* \* \*

<u>MOTION TO SUBSTITUTE COUNSEL OF RECORD</u>

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vashon Holloway, who upon suggesting to the court that he is currently represented by the Tulane Law Clinic states that he desires that Brett J. Prendergast and Michael G. Riehlmann, be substituted as counsel of record for plaintiff in place of the Tulane Law Clinic. Mr. Prendergast shall be designated as trial attorney.

Respectfully submitted,

_____           _____
Brett J. Prendergast, 17755              JANE JOHNSON (#7300)
Suite 1641                               CHARLES D. WILLIAMS (#20636)
FNBC Building                            Supervising Attorneys
210 Baronne Street                       TULANE LAW CLINIC
New Orleans, LA 70112                    6329 Freret Street
(504) 593-9277                           New Orleans, LA 70118
                                         (504) 865-5153

_____
Michael G. Riehlmann, 02072
Whittaker & Riehlmann
3316 Canal Street
New Orleans, LA 70119
(504) 822-5220

DATE OF ENTRY
JUN 2 7 2000

ORDER

Considering the foregoing Motion;

IT IS ORDERED that Brett J. Prendergast and Michael G. Riehlmann be substituted as counsel of record for plaintiff, Vashon Holloway, in place of the Tulane Law Clinic.

New Orleans, Louisiana, this 26 day of Jan , 2000.

_____
United States Magistrate-Judge

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been mailed to the opposing counsel of record through the United States Mail Service this 23rd day of JUNE , 2000.

_____
Brett J. Prendergast