```
                FILED
        U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

        2000 JUL 12  AM 9:08

          LORETTA G. WHYTE
                CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
JULY 11, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VASHON HOLLOWAY                                CIVIL ACTION

versus                                         NUMBER 00-0172

CHARLES C. FOTI, JR., ET AL.                   SECTION "C" (1)


The parties have advised that they do not wish to consent to trial pursuant to 28 U.S.C. § 636(c) before the undersigned Magistrate Judge.

The District Judge will be notified of the parties' decision so that she can place the case on her docket for trial.

The trial scheduled before the undersigned Magistrate Judge on February 5, 2001 and the pretrial conference set on January 17, 2001 are Canceled.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
JUL 1 2 2000

Fee _____
Process _____
X /Dktd _____
__/CtRmDep _____
Doc. No. _____