```
┌─────────────────────────────────────────┐
│     UNITED STATES DISTRICT COURT         │
│                 FILED                    │
│  ┌─────────────────────────────────┐     │
│  │       December 18, 2000         │     │
│  └─────────────────────────────────┘     │
│   EASTERN DISTRICT OF LOUISIANA          │
│         Loretta G. Whyte                 │
│              Clerk                       │
└─────────────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on **WEDNESDAY, JANUARY 17, 2001, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN.** Failure to show good cause will result in dismissal for failure to prosecute.

**00-0172**    **VASHON HOLLOWAY V CHARLES C. FOTI, JR., ET AL**
               **As to Alonzo Butler**

**00-1383**    **ORECK HOLDINGS LLC, ETC. V ORBITAL TECHNOLOGY, INC., ETC., ET AL**

**00-2131**    **APACHE CORPORATION OF DELAWARE, ET AL V GALIANO TUGS, INC., ET AL**
               **As to Galiano Tugs, Inc.**

**00-2234**    **PAMELA SAULSBERRY V TENET**

**00-2242**    **SAMIRA DAUGHERTY, ETC. V RICKEY DAUGHERTY, ET AL**
               **As to Rickey Daugherty, Gary Schiff and Jefferson Parish Sheriff's Department**

```
__Fee_____
__Process_____
__Dktd____KAC_____
__CtRmDep_____
  Doc.No._25_____
```

00-2247    CHARLES W. ROLLIN V KIMBERLY CLARK, ET AL

00-2460    WAYNE JACKSON, SR. V DEPUTY RODNEY NAUMANN, ET AL
           As to Jefferson Parish Sheriff's Office

00-2582    STEVE SEAL V OFFSHORE MARINE SERVICE, INC.

00-2594    TOYOTA TSUSHO AMERICA, INC. V THE M/V GREEN ISLAND, ET AL

00-2596    PROCESS MINERALS, INC.  V S.A. GALERA

00-2615    ST. PAUL REINSURANCE COMPANY, LTD. V LACOSTE BUILDERS,
           INC., ET AL

00-2929    BEATRICE HICKS V STATE OF LOUISIANA DEPARTMENT OF
           CULTURE, RECREATION AND TOURISM

KIMBERLY A. COUNTY
**Courtroom Deputy**
**504-589-7682**

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**