```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2001 JAN 10 PM 2:53

                                LORETTA G. WHYTE
                                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VASHON HOLLOWAY | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0172 |
| SHERIFF CHARLES C. FOTI, ET AL | * | SECTION: "C" (1) |

\* \* \* \* \* \* \* \*

### REQUEST TO ENTER DEFAULT

TO: The Honorable Loretta G. Whyte, Clerk of Court for the United District Court for the Eastern District of Louisiana

Plaintiff Vashon Holloway hereby requests that the Clerk of Court for the United District Court for the Eastern District of Louisiana enter default in this matter against defendant Alonzo W. Butler on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Alonzo W. Butler on August 6, 2000 as evidenced by the proof of service of summons on file with this Court.

```
DATE OF ENTRY
  JAN 11 2001
```

```
___Fee_____
___Process__
 X /Dktd____
 V /CtRmDep__
   Doc.No.__26
```

The above stated facts are set forth in the accompanying declaration of undersigned counsel, filed herewith.

Respectfully submitted,

*/s/ Brett Prendergast*
Brett J. Prendergast, 17755
FNBC Building
Suite 1641
210 Baronne Street
New Orleans, Louisiana 70112
(504) 593-9277

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been mailed to the opposing counsel of record through the United States Mail Service this __16th__ day of __JANUARY__, 2001.

*/s/ Brett Prendergast*
Brett J. Prendergast

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

VASHON HOLLOWAY           *        CIVIL ACTION

VERSUS                    *        NUMBER: 00-0172

SHERIFF CHARLES C. FOTI, ET AL   *   SECTION: "C" (1)
*   *   *   *   *   *   *   *

DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT

Brett J. Prendergast hereby makes the following declaration pursuant to 28 U.S.C. §1746:

1. I am counsel of record for plaintiff in the above captioned action which was filed on February 11, 2000.

2. In his original complaint, filed pro se, plaintiff named Alonzo Butler as a defendant.

3. On May 15, 2000, plaintiff's previous counsel, the Tulane Law Clinic, was granted leave to file plaintiff's First Amended Complaint in this matter. This Amended Complaint maintained Butler as a defendant herein.

4. On August 6, 2000, Alison Schenk of Camp Morrison Investigation (retained by the undersigned) effectuated domiciliary service of the First Amended Complaint on Butler pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and

        Article 1234 of the Louisiana Code of Civil Procedure. Ms. Schenk's Return of Service upon Butler has been filed into the record of these proceedings.

5. Defendant Butler's time for responding to the amended complaint in the above captioned matter expired on August 26, 2000. As of the date of this declaration, no response has been filed by Alonzo Butler.

    I declare under penalty of perjury that foregoing is true and correct.

    Executed on January 10, 2001.

                              Respectfully submitted,

                            */s/ Brett Prendergast*
                            Brett J. Prendergast, 17755
                            Suite 1641
                            FNBC Building
                            210 Baronne Street
                            New Orleans, Louisiana 70112
                            Telephone: (504) 593-9277

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VASHON HOLLOWAY | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0172 |
| SHERIFF CHARLES C. FOTI, ET AL | * | SECTION: "C" (1) |

\* \* \* \* \* \* \* \*

### DEFAULT BY CLERK

It appearing from the records of the above-entitled action that summons has been served upon the defendant named below, and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by F.R.C.P. 55(a) that the defendant named below has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following named defendant is hereby entered:

**Alonzo W. Butler**

Dated: 1/11/01

LORETTA G. WHYTE, Clerk

By_____

By_____
Deputy Clerk