```
UNITED STATES DISTRICT COURT
            FILED

       January 17, 2001

EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET

The following cases were called JANUARY 17, 2001, to show cause why they should not be dismissed for failure to prosecute. After hearing, IT IS ORDERED that said cases be disposed of as indicated below:

00-0172    VASHON HOLLOWAY V CHARLES C. FOTI, JR., ET AL
           As to Alonzo Butler
           CASE NOT CALLED: DEFAULT ENTERED AGAINST ALONZO BUTLER


00-1383    ORECK HOLDINGS LLC, ETC. V ORBITAL TECHNOLOGY, INC., ETC., ET AL
           CASE NOT CALLED: PASSED FOR 1 WEEK - IF NO ACTION IS TAKEN, CASE WILL BE DISMISSED WITHOUT FURTHER NOTICE


00-2131    APACHE CORPORATION OF DELAWARE, ET AL V GALIANO TUGS, INC., ET AL
           As to Galiano Tugs, Inc.
           CASE CALLED: ORDERED THAT GALIANO TUGS, INC. IS HEREBY DISMISSED WITHOUT PREJUDICE FOR PLAINTIFFS' FAILURE TO PROSECUTE


```
__Fee_____
__Process_____
__Dktd    KAC_____
__CtRmDep_____
__Doc.No. 27_____
```

DATE OF ENTRY _____ 1/17/01 _____

| | |
|---|---|
| 00-2234 | PAMELA SAULSBERRY V TENET<br>CASE CALLED: ORDERED THAT CASE IS HEREBY DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE |
| 00-2242 | SAMIRA DAUGHERTY, ETC. V RICKEY DAUGHERTY, ET AL<br>As to Rickey Daugherty, Gary Schiff and Jefferson Parish Sheriff's Department<br>CASE CALLED: ORDERED PASSED FOR 30 DAYS - IF NO ACTION IS TAKEN, SAID DEFENDANTS WILL BE DISMISSED WITHOUT FURTHER NOTICE |
| 00-2247 | CHARLES W. ROLLIN V KIMBERLY CLARK, ET AL<br>CASE CALLED: ORDERED THAT PLAINTIFF'S COMPLAINT IS HEREBY DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE |
| 00-2460 | WAYNE JACKSON, SR. V DEPUTY RODNEY NAUMANN, ET AL<br>As to Jefferson Parish Sheriff's Office<br>CASE CALLED: ORDERED THAT JEFFERSON PARISH SHERIFF'S OFFICE IS HEREBY DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE |
| 00-2582 | STEVE SEAL V OFFSHORE MARINE SERVICE, INC.<br>CASE NOT CALLED: PASSED FOR 30 DAYS |
| 00-2594 | TOYOTA TSUSHO AMERICA, INC. V THE M/V GREEN ISLAND, ET AL<br>CASE NOT CALLED: MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS FILED BY SHINWA KAIUN KAISHA, LTD. |
| 00-2596 | PROCESS MINERALS, INC. V S.A. GALERA<br>CASE NOT CALLED: CASE CLOSED |
| 00-2615 | ST. PAUL REINSURANCE COMPANY, LTD. V LACOSTE BUILDERS, INC., ET AL<br>CASE NOT CALLED: PASSED FOR 30 DAYS |

00-2929   BEATRICE HICKS V STATE OF LOUISIANA DEPARTMENT OF CULTURE, RECREATION AND TOURISM
CASE NOT CALLED: MOTION TO DISMISS FILED BY STATE OF LOUISIANA DEPARTMENT OF CULTURE, RECREATION AND TOURISM

New Orleans, Louisiana, this 17 day of January 2001.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE