```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2001 JUL -2 PM 3:25

                              LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VASHON HOLLOWAY | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-0172 |
| SHERIFF CHARLES C. FOTI, ET AL | * | SECTION: "C" (1) |

\* \* \* \* \* \* \*

<u>PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS</u>

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vashon Holloway, who, pursuant to the scheduling order of this Honorable Court, submits the following lists of witnesses who may be called at the trial of the above referenced matter:

1. Vashon Holloway;

2. Deputy Kevin Oser;

3. Alonzo Butler, under cross-examination;

4. Deputy Mayberry, under cross-examination;

5. Deputy Pruitt, under cross-examination;

6. Malcolm Smith;

7. Deputy Greg Rickson;

8. Deputy Christopher Brannon;

9. Corporel Lloyd Pennisson;



10. Lt. Greg Metoyer;

11. Sandra Jackson;

12. Dr. Grafton;

13. Dr. Richard;

14. Dr. Baltz;

15. K. Howard;

16. Any person listed or called by any other party.

Additionally, plaintiff submits the following list of exhibits which he may offer into evidence at the trial of the above captioned matter:

1. Records concerning the conviction of Alonzo Butler.

2. The complete personnel files of Alonzo Butler, including but not limited to, any and all records of complaints made against these individuals and any related disciplinary actions.

3. Any and all records concerning the booking and detention of plaintiff in Orleans Parish Prison, including but not limited to, any medical records concerning plaintiff.

4. Any and all investigative files concerning the sexual assault perpetrated against plaintiff by defendant Butler (and which led to Butler's arrest) including but not limited to any investigative reports and statements.

5. Any and all investigative files concerning any prior complaints of misconduct made against Butler by plaintiff or any other person including but not limited to any investigative reports and statements.

6. Any and all rules, regulation and/or memoranda concerning sexual conduct of any kind involving guards and inmates and the investigation of allegations of such conduct.

7. The tier logbook for the tier where plaintiff was incarcerated on the date of the incident made subject of the above captioned action.

8. Any exhibit listed or introduced into evidence by any other party.

Respectfully Submitted,

*Brett Prendergast*
Brett J. Prendergast, 17755
Suite 1641
FNBC Building
210 Baronne Street
New Orleans, Louisiana 70112
Telephone: (504) 593-9277

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been mailed to the opposing counsel of record through the United States Mail Service this  2ND  day of  JULY , 2001.

*/s/ Brett J. Prendergast*
Brett J. Prendergast