FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -3 AM 11:31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VASHON HOLLOWAY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-172 |
| SHERIFF CHARLES C. FOTI, ET AL. | * | SECTION "C" |
| | * | MAGISTRATE (1) |

* * * * * * * * * * * * * * * * * * * * *

## NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT**, through undersigned counsel, who submits to the Court that their office address will change, effective June 23, 2001, as follows:

The old address is:

USRY AND WEEKS
Latter Center West - Suite 180
2800 Veterans Memorial Blvd.
Post Office Box 6645 (70009-6645)
Metairie, Louisiana 70002
Telephone: (504) 833-4600
Facsimile: (504) 833-4648

The new address is:

USRY, WEEKS & MATTHEWS
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 592-4600
Facsimile: (504) 592-4641



Please enter this change of address into the record for all notices of service and any other correspondence.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

By: _____
KEVIN C. HILL (#26338)
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 592-4600
**COUNSEL FOR DEFENDANT(S)**
**PUBLIC ENTITY/FEE EXEMPT**
**(See R.S. 13:4521 & 13:5112)**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to all counsel of record by placing a copy of same in the United States mail, first-class postage prepaid, on the 2nd day of July, 2001.

_____

H:\00-288.015a\AddChg.not.wpd