FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -9 PM 2: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VASHON HOLLOWAY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-172 |
| SHERIFF CHARLES C. FOTI, ET AL. | * | SECTION "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE (1) |

### DEFENDANT'S WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes defendant, Sheriff Charles C. Foti, Jr., who, pursuant to the scheduling order of this Honorable court, submits the following lists of witnesses who may be called at the trial of the above referenced matter:

1. Vashon Holloway;

2. Deputy Kevin Oser;

3. Alonzo Butler, under cross examination;

4. Deputy Mayberry, under cross examination;

5. Deputy Pruitt, under cross examination;

6. Malcolm Smith;

7. Deputy Greg Rickson;

8. Deputy Christopher Brannon;

9.     Cpl. Lloyd Pennisson;

10.    Lt. Greg Metoyer;

11.    Sandra Jackson;

12.    Dr. Grafton;

13.    Dr. Richard;

14.    Dr. Baltz;

15.    K. Howard;

16.    Any person listed or called by any other party.

Respectfully submitted,

**USRY, WEEKS & MATTHEWS**

BY: _____
KEVIN C. HILL (#26338)
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 592-4600
Facsimile: (504) 592-4641
UW&M No.: 00-288-08-S-0-037

**COUNSEL FOR DEFENDANT(S)
PUBLIC ENTITY/FEE EXEMPT
(See R.S. 13:4521 & 13:5112)**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been sent to all counsel of record by placing a copy of same in the United States mail, first-class postage prepaid, on the 5th day of July, 2001.

_____

H:\00-288.015a\Witness Lst.wpd

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -9 PM 2:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VASHON HOLLOWAY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-172 |
| SHERIFF CHARLES C. FOTI, ET AL. | * | SECTION "C" |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE (1) |

### DEFENDANT'S EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes defendant, Sheriff Charles C. Foti, Jr., who, pursuant to the scheduling order of this Honorable court, submits the following list of exhibits which may be offered into evidence at the trial of the above referenced matter:

1. Records concerning the conviction of Alonzo Butler.

2. The complete personnel file of Alonzo Butler, including but not limited to, any and all records of complaints made against this individual and any related disciplinary actions.

3. Any and all records concerning the booking and detention of plaintiff in Orleans Parish Prison, including but not limited to, any medical records concerning plaintiff.

4. Any and all investigative files concerning the sexual assault perpetrated against plaintiff by defendant Butler (and which led to Butler's arrest), including but not

limited to, any investigative reports and statements.

5. Any and all investigative files concerning any prior complaints of misconduct made against Butler by plaintiff or any other person, including but not limited to, any investigative reports and statements.

6. Any and all rules, regulation and/or memoranda concerning sexual conduct of any kind involving guards and inmates and the investigation of allegations of such conduct.

7. The tier log book for the tier where plaintiff was incarcerated on the date of the incident made subject of the above captioned action.

8. Any exhibit listed or introduced into evidence by any other party.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

BY: _____
KEVIN C. HILL (#26338)
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 592-4600
Facsimile: (504) 592-4641
UW&M No.: 00-288-08-S-0-037

**COUNSEL FOR DEFENDANT(S)
PUBLIC ENTITY/FEE EXEMPT
(See R.S. 13:4521 & 13:5112)**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to all counsel of record by placing a copy of same in the United States mail, first-class postage prepaid, on the 3rd day of July, 2001.

H:\00-288 015a\Exhibit.Lst.wpd

3