

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JULY 31, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VASHON HOLLOWAY** | **CIVIL ACTION** |
| versus | **NUMBER  00-0172** |
| **CHARLES C. FOTI, JR., ET AL.** | **SECTION  "C" (1)** |

A settlement conference is scheduled in the above-captioned case on **Tuesday, August 21, 2001 at 9:00 A.M.** before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before August 17, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG - 1 2001