```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2001 AUG 22  AM 9: 25

                LORETTA G. WHYTE
                      CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 21, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VASHON HOLLOWAY                              CIVIL ACTION

versus                                       NUMBER 00-0172

CHARLES C. FOTI, JR., ET AL.                 SECTION "C" (1)


A settlement conference was held this date.

PRESENT:

Brett Prendergast, for the plaintiff;
Kevin Hill, for the defendant, Charles Foti; (by telephone)
Alonzo Butler, in proper person;

Following discussions among the parties, the above-captioned case has settled.

The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 22 2001

