```
                              FILED
                       U.S. DISTRICT COURT
                     EASTERN DISTRICT OF LA

                       2001 AUG 22  A 11: 44

                         LORETTA G. WHYTE
                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VASHON HOLLOWAY | CIVIL ACTION |
| VERSUS | NO. 00-0172 |
| CHARLES C. FOTI, JR., ET AL | SECTION "C" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this _22_ day of August 2001

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 2 2001

Fee_____
Process___
Dktd_____
CtRmDep___
Doc.No. 35